UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) **CASE NO.: 07-CR-80005-RYSKAMP** |
| v. | ) |
| **SERVANDO HERNANDEZ-MALDONADO,** | ) |
| Defendant(s). | ) |

# ORDER GRANTING MR. SERVANDO HERNANDEZ-MALDONADO'S SUBSTITUTION OF COUNSEL

THIS MATTER came before this Honorable Court upon Motion to Withdraw, and the Court having heard argument, and being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

DONE AND ORDERED at Miami, Dade County, Florida on this _____ day of _____, 2007.

_____
HONORABLE JUDGE KENNETH L. RYSKAMP

cc:   MARIA ELENA PÉREZ, ESQ.
      GLENN MITCHELL, ESQ.

- 2 -